# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dreher, Nancy C. | Bankruptcy Court, District of Minnesota | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse, Suite 7W
300 South Fourth St.
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/1/03 | Thomson Reuters and Nancy C. Dreher, Editor-in-Chief of Bankruptcy Service Alert |
| 2. 12/22/05 | Thomson Reuters and Nancy C. Dreher, Co-editor of Bankruptcy Law Manual (5th Edition) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Thomson Reuters, contract payments for serving as Editor-in-Chief of Bankruptcy Service Alert | $22,200.00 |
| 2. 2011 | Thomson Reuters, royalties on Bankruptcy Law Manual (5th Edition) | $31,147.45 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Boeing Pension Plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 17-19, 2011 | Washington, D.C. | Annual meeting | airfare and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | HOTEL PARTNERSHIP INTERESTS | | | | | | | | | |
| 2. | Kelly Midwest Ventures, LLP, owns ▮▮ in Midwest & West | | | | | | | | | |
| 3. | appraised as of 12/31/11 | C | Distribution | L | Q | | | | | |
| 4. | Regency Midwest Ventures, LLP, owns ▮▮ in Midwest & West | | | | | | | | | |
| 5. | appraised as of 12/31/11 | D | Distribution | N | Q | | | | | |
| 6. | END OF ▮▮ PARTNERSHIP INTERESTS | | | | | | | | | |
| 7. | SEP/IRA | | | | | | | | | |
| 8. | Sweep account at UBS | A | Interest | M | T | | | | | |
| 9. | U.S. Treas. Sec. Strips, 35,000, maturity 5/15/13 | | None | K | T | | | | | |
| 10. | U.S. Treas. Sec. Strips, 35,000, maturity 5/15/15 | | None | K | T | | | | | |
| 11. | U.S. Treas. Sec. Strips, 35,000, maturity 11/15/17 | | None | K | T | | | | | |
| 12. | U.S. Treas. Sec. Strips, 35,000, maturity 11/15/11* (yr mis- | | | | | | | | | |
| 13. | identified on 2010 report) | | None | | | Redeemed | 11/15/11 | K | A | |
| 14. | U.S. Treas. Sec. Strips, 35,000, maturity 11/15/12 | | None | K | T | | | | | |
| 15. | U.S. Treas. Sec. Strips, 35,000, maturity 11/15/14 (yr mis- | | | | | | | | | |
| 16. | identified on 2010 report) | | None | K | T | | | | | |
| 17. | U.S. Treas. Sec. Strips, 35,000, maturity 11/15/16 (yr mis- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. misidentified on 2010 report) | | None | K | T | | | | | |
| 19. Goldman Sachs Bond | C | Interest | K | T | | | | | |
| 20. Cohen & Sterns REIT | B | Dividend | J | T | | | | | |
| 21. Bank of America Internote | B | Interest | K | T | | | | | |
| 22. United Health CD | B | Interest | K | T | | | | | |
| 23. National Rural Utilities CD* | B | Interest | | | Sold | 09/11/11 | K | A | |
| 24. Wells Fargo CD | B | Interest | K | T | | | | | |
| 25. Vanguard Growth | A | Dividend | L | T | | | | | |
| 26. Vanguard Value | C | Dividend | M | T | | | | | |
| 27. I Shares Trust Russ 2000 Value | B | Dividend | K | T | | | | | |
| 28. I Shares Trust Russ 2000 Growth | A | Dividend | K | T | | | | | |
| 29. I Shares Trust Russ Midcap Value | B | Dividend | K | T | | | | | |
| 30. I Shares Trust Russ Midcap Growth | A | Dividend | K | T | | | | | |
| 31. Wells Fargo, 6.365 CD* | C | Interest | | | Sold | 08/01/11 | K | A | |
| 32. Regency Midwest Ventures LLP, owns ▭ in Midwest & West | | | | | | | | | |
| 33. appraised as of 12/31/10 | B | Distribution | L | Q | | | | | |
| 34. Kellogg, 6.6% CD* | A | Interest | | | Sold | 04/01/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Target, 5.85% CD | B | Interest | K | T | | | | | |
| 36. CitiBank Salt Lake CD | A | Interest | K | T | | | | | |
| 37. Dow Chemical, 6.1% CD* | A | Interest | | | Sold | 02/01/11 | K | A | |
| 38. Barclays Bank, S&P 500, CD | | None | K | T | | | | | |
| 39. GE Capital CD | B | Interest | L | T | | | | | |
| 40. GE Money Bank, 4.55% CD | B | Interest | L | T | | | | | |
| 41. Goldman Sachs Bond | B | Interest | K | T | | | | | |
| 42. Southwest Airlines CD | B | Interest | L | T | | | | | |
| 43. Johnson & Johnson, | A | Dividend | K | T | | | | | |
| 44. International Paper, CD | B | Interest | K | T | | | | | |
| 45. General Mills, | A | Dividend | K | T | | | | | |
| 46. Coca Cola, | A | Dividend | K | T | | | | | |
| 47. Capmark Bank, CD | B | Interest | K | T | | | | | |
| 48. BMW Bank, Salt Lake, CD | A | Interest | K | T | | | | | |
| 49. B of A Note, 5.75%: Due 2/1/17 | A | Interest | K | T | Buy | 01/20/11 | K | | |
| 50. Southwest Airlines, 5.125% CD | B | Dividend | L | T | Buy | 02/15/11 | K | | |
| 51. Best Buy 2.350% CD | A | Dividend | K | T | Buy | 04/14/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. B of A Note: 4.750%, due 8/15/13 | | None | K | T | Buy | 09/21/11 | K | | |
| 53. END OF SEP/IRA | | | | | | | | | |
| 54. IRA | | | | | | | | | |
| 55. Sweep account at UBS | A | Interest | K | T | Sold (part) | 12/21/11 | J | A | Mandatory Distribution |
| 56. Milestone Bismarck Rest Fund LP, purchased 1996, $23,000 | | | | | | | | | |
| 57. appraised as of 12/31/11 | B | Distribution | K | Q | | | | | |
| 58. Vanguard International | A | Dividend | K | T | | | | | |
| 59. General Mills 5.5% CD | A | Interest | J | T | | | | | |
| 60. Fidelity Low Price Stock Fund | D | Dividend | M | T | | | | | |
| 61. Fidelity Contra Fund | A | Dividend | K | T | | | | | |
| 62. ▒ Nestle Stock | A | Dividend | K | T | Buy | 01/20/11 | K | | |
| 63. ▒ Novartis Stock | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 64. END OF IRA | | | | | | | | | |
| 65. FIDELITY MINN. TAX-FREE MUTUAL FUND | A | Dividend | J | T | Sold (part) | 01/13/11 | J | | |
| 66. | | | | | Sold (part) | 04/15/11 | J | | |
| 67. | | | | | Sold (part) | 09/01/11 | J | | |
| 68. UBS RESOURCE MGMT. ACCT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UBS Money Fund (sweep account) | A | Interest | J | T | Sold (part) | 01/18/11 | J | A | |
| 70. Sallie Mae, CD | B | Interest | K | T | | | | | |
| 71. Alcoa, CD | B | Interest | L | T | | | | | |
| 72. END OF UBS RESOURCE MGMT. ACCOUNTS | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 12, 23, 31, 34, 37 - Total disposition; these assets will not appear in 2012 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dreher, Nancy C. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy C. Dreher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544